# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORRIS and MICHELLE MORRIS,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO and FRESNO POLICE DEPARTMENT,<br><br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:08-cv-01422 OWW GSA<br><br>ORDER REQUIRING PLAINTIFFS TO SUBMIT COMPLETED APPLICATIONS TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE<br>(Document 2) |

       Plaintiffs Robert Morris and Michelle Morris, appearing pro se, filed the instant action on September 23, 2008.  On September 23, 2008, Plaintiffs also filed an application to proceed in forma pauperis.  A review of the application, however, reveals that Plaintiffs jointly submitted an application, which was not signed by either Plaintiff.  Accordingly, Plaintiffs are ORDERED to submit individual, signed applications to proceed in forma pauperis or pay the $350.00 filing fee, within thirty (30) days of the date of service of this order.  The Clerk of the Court shall send Plaintiffs the appropriate applications.

       Failure to comply with this order will result in a recommendation that this action be dismissed.

       IT IS SO ORDERED.

 **Dated:    September 30, 2008**            _____ **/s/ Gary S. Austin**_____
                                          UNITED STATES MAGISTRATE JUDGE

1