1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORRIS and MICHELLE MORRIS, | ) 1:08-cv-01422 OWW GSA |
| | ) |
| | ) |
| Plaintiffs, | ) ORDER VACATING INITIAL |
| | ) SCHEDULING CONFERENCE |
| v. | ) |
| | ) |
| CITY OF FRESNO and FRESNO POLICE DEPARTMENT, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiffs Robert Morris and Michelle Morris ("Plaintiffs") are proceeding pro se and in forma pauperis in this civil rights action filed on September 23, 2008.

On November 7, 2008, the Court set an Initial Scheduling Conference on February 12, 2009, before the Honorable Oliver W. Wanger.  However, as the Court has not yet conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), a scheduling conference is premature.

Accordingly, the February 12, 2009, Initial Scheduling Conference is VACATED.

IT IS SO ORDERED.

Dated:    **November 21, 2008**            _____/s/ **Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE

1