# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MORRIS and MICHELLE MORRIS, | ) | 1:08-cv-01422 OWW GSA |
| | ) | |
| Plaintiffs, | ) | ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME |
| v. | ) | (Document 16) |
| CITY OF FRESNO and FRESNO POLICE DEPARTMENT, | ) | |
| Defendants. | ) | |

    Plaintiffs Robert Morris and Michelle Morris, appearing pro se, filed the instant request for an extension of time to respond to the Court's order dismissing their initial complaint with leave to amend. Pursuant to the Court's November 24, 2008 order, Plaintiffs' amended complaint is due within thirty (30) days of the date of service of the Order. The Order was served by mail on November 24, 2008, and Plaintiffs' amended complaint is due on or before December 29, 2008.

    Plaintiffs now request an additional thirty (30) days to file an amended complaint. Plaintiffs explain that Plaintiff Michelle Morris underwent gallbladder removal on November 30, 2008, and the law library has been, and will be, closed because of federal holidays.

    Based on the foregoing, and good cause appearing, the Court GRANTS Plaintiffs' request for an additional thirty (30) days. Plaintiffs' amended complaint is due on or before **January 28, 2009**. If Plaintiffs fail to file an amended complaint, the Court will recommend that this action

be dismissed for failure to follow a court order.

IT IS SO ORDERED.

Dated:   **December 11, 2008**                          **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE