Rosemary T. McGuire, Esq.   Bar No. 172549
James J. Arendt, Esq.   Bar No. 142937
WEAKLEY, ARENDT, MCGUIRE, LLP
1630 E. Shaw Avenue, Suite 176
Fresno, CA  93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, OFFICER CHRISTOPHER LONG and OFFICER JEREMY DEMOSS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORRIS and MICHELLE MORRIS, pro se<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO POLICE DEPARTMENT, OFFICER CHRISTOPHER LONG, OFFICER JEREMY DEMOSS,<br><br>Defendants.<br>_____ | CASE NO. 1:08-CV-01422-OWW-SKO<br><br>**ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SIXTH AMENDED COMPLAINT**<br><br>Date:   September 13, 2010<br>Time:  10:00 a.m.<br>Ctrm:   Three<br><br>Complaint Filed: February 18, 2010 |

Defendants' motion to dismiss portions of the sixth amended complaint of Plaintiffs ROBERT MORRIS and MICHELLE MORRIS, came on for hearing on September 13, 2010.  Defendants, CITY OF FRESNO, CHRISTOPHER LONG and JEREMY DEMOSS were represented by James J. Arendt.  Plaintiffs ROBERT MORRIS and MICHELLE MORRIS who are proceeding in pro per, appeared on their own behalf.

After reviewing the papers submitted by the parties and hearing oral argument on the issues presented, and pursuant to the Court's *Memorandum Decision* (Doc. 90), the Court orders as follows:

1.   Defendants' motion to dismiss Plaintiffs' claims against the City of Fresno is granted, with prejudice.

///

_____
Order on  Motion to
Dismiss Sixth Amended Complaint

2.  Defendants' motion to dismiss Plaintiff RICHARD MORRIS' Fourth Amendment claim based on plaintiff RICHARD MORRIS' blood draw is granted without prejudice, except as it relates to excessive force.

Any amended complaint is due within fourteen (14) days of service of the Memorandum Decision. Defendants' responsive pleading shall be filed within ten (10) days of service of the amended complaint.

*IT IS SO ORDERED.*

*Dated:     September 28, 2010*           /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

Order on  Motion to
Dismiss Sixth Amended Complaint            2