Rosemary T. McGuire, Esq.   Bar No. 172549
James J. Arendt, Esq.        Bar No. 142937
WEAKLEY, ARENDT, MCGUIRE, LLP
1630 E. Shaw Avenue, Suite 176
Fresno, CA  93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, OFFICER CHRISTOPHER LONG and OFFICER JEREMY DEMOSS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORRIS and MICHELLE MORRIS, pro se,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO POLICE DEPARTMENT, OFFICER CHRISTOPHER LONG, OFFICER JEREMY DEMOSS,<br><br>Defendants. | CASE NO. 1:08-CV-01422-OWW-SKO<br><br>**ORDER ON DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' AMENDED COMPLAINT FILED OCTOBER 6, 2010**<br><br>Date:   September 13, 2010<br>Time:  10:00 a.m.<br>Ctrm:  Three<br><br>Complaint Filed: February 18, 2010 |

Defendants' motion to strike the amended complaint filed on October 6, 2010 (Doc. 96) of Plaintiffs ROBERT MORRIS and MICHELLE MORRIS, came on for hearing on November 29, 2010. Defendants, CHRISTOPHER LONG and JEREMY DEMOSS were represented by Brande L. Gustafson. Plaintiffs ROBERT MORRIS and MICHELLE MORRIS who are proceeding *pro se*, were not present.

After reviewing the papers submitted by the parties and pursuant to the Court's *Memorandum Decision* (Doc. 103), the Court orders as follows:

The motion to strike the amended complaint filed on October 6, 2010 (Doc. 96) is GRANTED.

**IT IS SO ORDERED.**

DATED: December 13, 2010          /s/ Oliver W. Wanger
                                   United States District Court Judge

---

Order on Motion to Strike Plaintiffs'
Amended Complaint Filed October 6, 2010