Rosemary T. McGuire, Esq.   Bar No. 172549
James J. Arendt, Esq.   Bar No. 142937

WEAKLEY, ARENDT & McGUIRE, LLP
1630 E. Shaw Avenue, Suite 176
Fresno, CA  93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, OFFICER CHRISTOPHER LONG and OFFICER JEREMY DEMOSS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MORRIS and MICHELLE MORRIS, pro se<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO POLICE DEPARTMENT, OFFICER CHRISTOPHER LONG, OFFICER JEREMY DEMOSS,<br><br>Defendants.<br>_____ | CASE NO. 1:08-CV-01422-OWW-GSA<br><br>**STIPULATED DISMISSAL AND ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs ROBERT MORRIS and MICHELLE MORRIS, both in propria persona, and defendants, OFFICER CHRISTOPHER LONG and OFFICER JEREMY DEMOSS, through their attorneys of record, hereby jointly request and stipulate to dismissal of plaintiff MICHELLE MORRIS' entire action, with prejudice, all parties to bear their own costs and attorney's fees.

///
///
///
///
///
///

---

Stipulated Dismissal and Order

DATED: January 4, 2011

        WEAKLEY, ARENDT & McGUIRE, LLP

By:    /s/ James J. Arendt
      James J. Arendt
      Attorneys for Defendants

DATED: December 23, 2010

By:    /s/ Robert Morris
      Robert Morris
      Plaintiff In Pro Per

DATED: December 23, 2010

By:    /s/ Michelle Morris
      Michelle Morris
      Plaintiff In Pro Per

## **ORDER**

IT IS SO ORDERED.

**Dated:  January 5, 2011**      /s/ Oliver W. Wanger
                         UNITED STATES DISTRICT JUDGE