KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
1099 E. Champlain Drive, Suite A-124
Fresno, California 93720
Telephone: (559) 708-4750
Email: kevinglittle@yahoo.com

Attorney for Plaintiff Robert Morris

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| ROBERT MORRIS, | No. CV-F-08-1422 AWI MJS |
| Plaintiff, | |
| v. | SUBSTITUTION OF COUNSEL FOR PLAINTIFF ROBERT MORRIS; ORDER |
| FRESNO POLICE OFFICER CHRISTOPHER LONG; FRESNO POLICE OFFICER JEREMY DeMOSS, | |
| Defendants. | |

TO THE HONORABLE COURT and COUNSEL OF RECORD:

　　Plaintiff Robert Morris, who has thus far proceeded in this action in propria persona, hereby substitutes his retained counsel, Kevin G. Little, Esq., as his counsel of record, in place and instead of himself.

Dated: November 7, 2011        /s/ Robert Morris
                               Plaintiff In Propria Persona

　　I accept the above substitution.

Dated: October 7, 2011

                               _____
                               Kevin G. Little
                               Attorney for Plaintiff Robert Morris

SUBSTITUTION OF COUNSEL; ORDER

**ORDER**

The substitution is approved.

IT IS SO ORDERED.

Dated:    November 28, 2011              /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE