1 | James J. Arendt, Esq.        Bar No. 142937
2 | Brande L. Gustafson, Esq.    Bar No. 267130
3 | WEAKLEY & ARENDT, LLP
1630 E. Shaw Avenue, Suite 176
4 | Fresno, California 93710
Telephone: (559) 221-5256
5 | Facsimile: (559) 221-5262

Attorneys for Defendant OFFICER CHRISTOPHER LONG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORRIS and MICHELLE MORRIS, pro se | CASE NO. 1:08-CV-01422-AWI-MSJ |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| FRESNO POLICE DEPARTMENT, OFFICER CHRISTOPHER LONG, OFFICER JEREMY DEMOSS, | Seventh Amended Complaint Filed: September 14, 2010 |
| Defendants. | Trial Date: May 8, 2012 |

THE PARTIES, through their respective counsel, have stipulated to continue the December 16, 2011 deadline for producing the documents ordered by this Court on December 2, 2011 (Doc. No. 158) to December 30, 2011.

THE PARTIES HAVE FURTHER STIPULATED to modify the Scheduling Order (Doc. No. 113) as to the depositions for the following individuals: Christopher Long and Alicia Lopez. The current deadline for discovery is December 21, 2011. The parties stipulate that the discovery deadline be extended to February 17, 2012 just as to the foregoing individuals.

///

///

///

Stipulation and Order

**IT IS SO STIPULATED:**

DATED: December 16, 2011                                    WEAKLEY & ARENDT, LLP


                                          By:    /s/ Brande L. Gustafson
                                                 James J. Arendt
                                                 Brande L. Gustafson
                                                 Attorneys for Defendant Christopher Long


DATED: December 16, 2011                          KEVIN G. LITTLE
                                                  ATTORNEY AT LAW


                                          By:    /s/ Kevin G. Little
                                                 Kevin G. Little
                                                 Attorney for Plaintiff Robert Morris


### **ORDER**

IT IS SO ORDERED.

Dated:    December 16, 2011              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE