James J. Arendt, Esq.        Bar No. 142937
Brande L. Gustafson, Esq.    Bar No. 267130
WEAKLEY & ARENDT, LLP
1630 E. Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendant OFFICER CHRISTOPHER LONG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORRIS and MICHELLE MORRIS, pro se<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO POLICE DEPARTMENT, OFFICER CHRISTOPHER LONG, OFFICER JEREMY DEMOSS,<br><br>Defendants. | CASE NO. 1:08-CV-01422-AWI-MSJ<br><br>**STIPULATION AND ORDER**<br><br>Seventh Amended Complaint Filed: September 14, 2010<br>Trial Date: May 8, 2012 |

THE PARTIES, through their respective counsel, have stipulated to continue the December 30, 2011 deadline for producing the documents ordered by this Court on December 19, 2011 (Doc. No. 165) to January 4, 2012.

**IT IS SO STIPULATED:**

DATED: December 29, 2011

                                      WEAKLEY & ARENDT, LLP


                         By:    /s/ Brande L. Gustafson
                              James J. Arendt
                              Brande L. Gustafson
                              Attorneys for Defendant Christopher Long

1  DATED: December 29, 2011               KEVIN G. LITTLE
                                          ATTORNEY AT LAW
2

3                                  By:    /s/ Kevin G. Little
                                          Kevin G. Little
4                                         Attorney for Plaintiff Robert Morris

5

6

7

8                                **ORDER**

9

10  IT IS SO ORDERED.

11  Dated:    January 3, 2012              /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE
12