| | |
|---|---|
| James J. Arendt, Esq. | Bar No. 142937 |
| Brande L. Gustafson, Esq. | Bar No. 267130 |

**WEAKLEY & ARENDT, LLP**
1630 E. Shaw Avenue, Suite 176
Fresno, California  93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant OFFICER CHRISTOPHER LONG

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MORRIS and MICHELLE MORRIS, pro se<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO POLICE DEPARTMENT, OFFICER CHRISTOPHER LONG, OFFICER JEREMY DEMOSS,<br><br>Defendants. | CASE NO. 1:08-CV-01422-AWI-MSJ<br><br>**STIPULATION AND ORDER**<br><br><br>Ninth Amended Complaint Filed: January 11, 2012<br>Trial Date: May 8, 2012 |

THE PARTIES, through their respective counsel, have stipulated to modify the Scheduling Order (Doc. No. 165) only as it pertains to taking the depositions for the following individuals: Christopher Long, Alicia Lopez, and Sean Holguin.

///

///

///

///

///

///

---

Stipulation and [Proposed] Order

1  The current deadline for discovery is February 17, 2012. The parties stipulate that the discovery
2  deadline be extended to March 30, 2012 just as to deposing the foregoing individuals.
3
4  **IT IS SO STIPULATED:**
5  DATED: February 9, 2012
                                                    WEAKLEY & ARENDT, LLP
6
7
                                          By:    /s/ Brande L. Gustafson
8                                                James J. Arendt
                                                 Brande L. Gustafson
9                                                Attorneys for Defendant Christopher Long
10
11 DATED: February 9, 2012                                    KEVIN G. LITTLE
                                                           ATTORNEY AT LAW
12
13                                        By:    /s/ Kevin G. Little
                                                    Kevin G. Little
14                                              Attorney for Plaintiff Robert Morris
15
16
17                             **ORDER**
18
19
20
21
22 IT IS SO ORDERED.
23
     Dated:   February 13, 2012           /s/ Michael J. Seng
24                                        UNITED STATES MAGISTRATE JUDGE
25
26
27
28

Stipulation and [Proposed] Order                2