# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORRIS,<br><br>          Plaintiff,<br><br>   v.<br><br>OFFICER CHRISTOPHER LONG,<br><br>          Defendant. | 1:08-cv-01422-AWI-MJS<br><br>ORDER RE: OBJECTIONS TO MODIFIED PRETRIAL ORDER<br><br>(Docs. 206) |

Defendant Christopher Long has filed objections to the modified pretrial order issued May 14, 2012, requesting Edward Hare, Laurie Hare and Matthew Hare be deleted from the witness list of plaintiff Robert Morris. Having reviewed the record and all competent and admissible evidence submitted, the Court hereby OVERRULES the objections. If it is Defendant's position the foregoing individuals should not be allowed to testify at trial in any capacity, he may move in limine to preclude such testimony. Motions in limine are set for hearing at 9:00 a.m. on August 7, 2012 in Courtroom 2.

IT IS SO ORDERED.

Dated:   June 7, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE