James D. Weakley, Esq.      Bar No. 082853
James J. Arendt, Esq.       Bar No. 142937
Brande L. Gustafson, Esq.   Bar No. 267130

WEAKLEY & ARENDT, LLP
1630 E. Shaw Avenue, Suite 176
Fresno, CA  93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant OFFICER CHRISTOPHER LONG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORRIS and MICHELLE MORRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO POLICE DEPARTMENT, OFFICER CHRISTOPHER LONG, OFFICER JEREMY DEMOSS,<br><br>Defendants. | CASE NO. 1:08-CV-01422-AWI-MJS<br><br>**STIPULATION AND ORDER TO MODIFY THE MODIFIED PRETRIAL ORDER TO SUPPLEMENT WITNESS AND EXHIBIT LISTS**<br><br>Trial:  August 21, 2012 |

Defendant Christopher Long ("Defendant") and Plaintiff Robert Morris ("Plaintiff")(collectively "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1)   To add the following witnesses to the Parties' witness lists:

   a)   Sergeant Paul Preston, and

   b)   Officer Brian Freer.

2)   To add the following exhibit to the Parties' exhibit lists:

   a)   Fresno Police Department Event Report 08-BE3100.

///

///

///

///

---

Stipulation and [Proposed] Order to Modify the Modified
Pretrial Order to Supplement Witness and Exhibit Lists

3)     To reserve the right of either party to move in limine to preclude the testimony of any of the witnesses identified in paragraph 1 and/or to preclude the use of the exhibit identified in paragraph 2.

**IT IS SO STIPULATED:**

DATED: June 29, 2012                                        WEAKLEY & ARENDT, LLP

                                                By:     /s/ Brande L. Gustafson
                                                        James D. Weakley
                                                        James J. Arendt
                                                        Brande L. Gustafson
                                                        Attorneys for Defendant CHRISTOPHER LONG

DATED: June 30, 2012                                        KEVIN G. LITTLE
                                                            ATTORNEY AT LAW

                                                By:     /s/ Kevin G. Little
                                                        Kevin G. Little
                                                        Attorney for Plaintiff Robert Morris

                                        <u>*ORDER*</u>

*IT IS SO ORDERED.*

*Dated:     July 2, 2012*
                                                        _____
                                                        *CHIEF UNITED STATES DISTRICT JUDGE*