IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MORRIS, | ) | 1:08-cv-01422-AWI-MJS |
| | ) | |
| Plaintiff, | ) | ORDER RE: MOTION TO |
| | ) | REDACT TRANSCRIPT |
| v. | ) | |
| | ) | (Doc. 212) |
| OFFICER CHRISTOPHER LONG, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Officer Christopher Long ("Defendant") has filed a motion pursuant to Federal Rule of Civil Procedure 5.2(e) and Local Rule 140 to redact and make unavailable for public review portions of the transcript documenting the April 30, 2012 motion in limine hearing before the Court.  In particular, Defendant requests the following portions of the transcript be redacted:

- page 14, line 3 beginning at the word "The" through page 14, line 6;
- page 32, line 13 through page 32, line 24; and
- page 34, line 24 at the word "the" through page 35, line 2 at the first period.

Defendant contends these portions of the transcript contain information subject to the protective order issued by the Magistrate Judge on December 8, 2011 as well as a protective order issued in Fresno County Superior Court case no. M07930146 as part of plaintiff Robert Morris's prosecution for driving under the influence.  Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds good cause to grant Defendant's first and third redaction requests.  However, the Court finds no good cause to grant the second redaction request.

Accordingly, Defendant's motion to redact and make unavailable for public review portions of the transcript documenting the April 30, 2012 motion in limine hearing before the Court shall be GRANTED in part and DENIED in part: Redactions of page 14, line 3 beginning at the word "The" through page 14, line 6, and page 34, line 24 at the word "the" through page 35, line 2 at the first period are GRANTED; redaction of page 32, line 13 through page 32, line 24 is DENIED.

IT IS SO ORDERED.

Dated:     July 5, 2012                              _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE