IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORRIS and MICHELLE MORRIS,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FRESNO POLICE DEPARTMENT, OFFICER CHRISTOPHER LONG, OFFICER JEREMY DEMOSS,<br><br>　　　　　Defendants.<br>_____ | CASE NO. 1:08-CV-01422-AWI-MJS<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

Having reviewed Defendant's Notice of Request to Seal Documents, Defendant's Request to Seal Documents, and Defendant's Proposed Sealed Documents, and GOOD CAUSE appearing therefore, Defendant's Request to Seal Documents is hereby GRANTED.

　　　　The following documents, having been submitted to this Court and served on all parties, SHALL BE SEALED indefinitely and cannot be unsealed without a subsequent order from this Court:

　　1.　Exhibit E to the Declaration of Brande L. Gustafson in Support of Defendant's Additional Motions in Limine;

　　2.　Exhibit F to the Declaration of Brande L. Gustafson in Support of Defendant's Additional Motions in Limine; and

1  3. The unredacted version of Defendant's Additional Motions in Limine.

*IT IS SO ORDERED.*

*Dated:   July 12, 2012*

_____
CHIEF UNITED STATES DISTRICT JUDGE