**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MORRIS, ) | 1:08-cv-01422-AWI-MJS |
| ) | |
| Plaintiff, ) | ORDER RE: REQUEST FOR |
| ) | EVIDENTIARY SANCTIONS |
| v. ) | |
| ) | (Doc. 229) |
| OFFICER CHRISTOPHER LONG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On July 25, 2012, defendant Christopher Long ("Long") filed a request for evidentiary sanctions against plaintiff Robert Morris ("Morris") pursuant to Federal Rule of Civil Procedure 37(b), contending Morris violated the parties' stipulated protective order (doc. 163) by divulging confidential information in his opposition (doc. 224) to Long's most recent motions in limine (doc. 220). Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds no violation occurred. Accordingly, Long's request for evidentiary sanctions is DENIED.

IT IS SO ORDERED.

Dated:   August 3, 2012   _____
CHIEF UNITED STATES DISTRICT JUDGE