IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MORRIS, | ) | 1:08-cv-01422-AWI-MJS |
| | ) | |
| Plaintiff, | ) | ORDER RE: REQUEST TO FILE |
| | ) | DOCUMENTS UNDER SEAL |
| v. | ) | |
| | ) | |
| OFFICER CHRISTOPHER LONG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having reviewed the pleadings and all competent and admissible evidence submitted, and good cause appearing therefor, Defendant's request to file documents under seal is hereby GRANTED. The following documents, having been submitted to the Court and served on all parties, shall be FILED and SEALED indefinitely and cannot be unsealed absent further order of the Court:

1. Exhibit AE to the Declaration of Brande L. Gustafson in Support of Defendant's Opposition to Plaintiff's Further Motions in Limine (Doc. 225); and

2. Exhibit AG to the Declaration of Brande L. Gustafson in Support of Defendant's Opposition to Plaintiff's Further Motions in Limine (Doc. 225).

IT IS SO ORDERED.

Dated:   August 3, 2012                                    _____
                                                           CHIEF UNITED STATES DISTRICT JUDGE