1   James D. Weakley, Esq.        Bar No. 082853
    James J. Arendt, Esq.         Bar No. 142937
2   Brande L. Gustafson, Esq.     Bar No. 267130

3        WEAKLEY & ARENDT, LLP
          1630 E. Shaw Avenue, Suite 176
4              Fresno, CA  93710
           Telephone:  (559) 221-5256
5           Facsimile:  (559) 221-5262

6   Attorneys for Defendant OFFICER CHRISTOPHER LONG

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    ROBERT MORRIS and MICHELLE      )  CASE NO. 1:08-CV-01422-AWI-MJS
11  MORRIS,                          )
                                     )  **ORDER   GRANTING   DEFENDANT**
12           Plaintiffs,             )  **CHRISTOPHER  LONG'S  REQUEST  TO**
                                     )  **SEAL DOCUMENTS**
13           vs.                     )  [USDC Eastern District Local Rule 141]
                                     )
14  FRESNO POLICE DEPARTMENT,        )
    OFFICER CHRISTOPHER LONG,        )
15  OFFICER JEREMY DEMOSS,           )
                                     )  Trial:   August 21, 2012
16           Defendants.             )
                                     )
17  _____ )

18          Having reviewed Defendant's Notice of Request to Seal Documents, Defendant's Request to Seal

19  Documents, and Defendant's Sealed Documents, and GOOD CAUSE appearing therefore, Defendant's

20  Request to Seal Documents is hereby GRANTED.  The following documents, having been submitted

21  to this Court and served on all parties, SHALL BE SEALED indefinitely and cannot be unsealed without

22  a subsequent order from this Court:

23          1.     Exhibit AK to the Declaration of Brande L. Gustafson in Support of Defendant's Reply

24                 to Plaintiff's Opposition to Defendant's Additional Motions in Limine;

25  ///

26  ///

27  ///

28  ///

    Order Granting Defendant's
    Request to Seal Documents

2.      The unredacted version of Defendant's Reply to Plaintiff's Opposition to Defendant's

Additional Motions in Limine.

*IT IS SO ORDERED.*

*Dated:       August 2, 2012* _____

_____

*CHIEF UNITED STATES DISTRICT JUDGE*

Order Granting Defendant's
Request to Seal Documents                    2