IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MORRIS, | ) | 1:08-cv-01422-AWI-MJS |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PARTIES |
| | ) | TO MEET AND CONFER |
| v. | ) | |
| | ) | |
| OFFICER CHRISTOPHER LONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court refers the parties to previous orders for a complete chronology of the proceedings.  On August 16, 2012, plaintiff Robert Morris filed his proposed jury instructions (doc. 254).  On August 16, 2012, defendant Christopher Long filed his proposed jury instructions (doc. 258).  Having reviewed the pleadings of record, the Court hereby ORDERS the parties to meet and confer on the issue of jury instructions.  Pursuant to this meet and confer effort, the parties shall attempt to agree on a set of joint proposed jury instructions, which should be filed with the Court on or before 10:00 a.m. on Monday, August 20, 2012.  In the event the parties cannot agree on a set of joint instructions, they shall file a joint statement with the Court by the foregoing date identifying which of the individual instructions in docs. 253 and 258 they both will agree to give and which they dispute.

IT IS SO ORDERED.

Dated:    August 17, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE