**FILED**

**JUDGMENT ENTERED**

| 9/11/12 |
|---|
| **Date** |
| H. Nazaroff |
| **Deputy Clerk** |

U.S. District Court
Eastern District of California

<u>**XX**</u> **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ROBERT MORRIS

        Plaintiff,

vs.

        **JUDGMENT IN A CIVIL ACTION**

        1:08CV1422-AWI

CHRISTOPHER LONG

        Defendant.
_____/

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on September 5, 2012 in favor of Defendant, and against Plaintiff.

DATED:9/11/12                VICTORIA C. MINOR, Clerk

                              By: /s/ HAROLD NAZAROFF
                                          Deputy Clerk

jgm.civ 2/1/95